# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- ) | |
| ) | |
| Homeland Security Construction Corporation ) | ASBCA No. 57985 |
| ) | |
| Under Contract No. W912KC-D-10-0014 ) | |

APPEARANCES FOR THE APPELLANT:     Victor G. Klingelhofer, Esq.
Andrew K. Wible, Esq
  Cohen Mohr LLP
  Washington, DC

APPEARANCES FOR THE GOVERNMENT:     Raymond M. Saunders, Esq.
  Army Chief Trial Attorney
CPT Anthony V. Lenze, JA
CPT Evan C. Williams, JA
  Trial Attorneys

## ORDER OF DISMISSAL

This appeal has been settled. Accordingly, it is hereby dismissed with prejudice.

Dated: 20 August 2015

ROBERT T. PEACOCK
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 57985, Appeal of Homeland Security Construction Corporation, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals